No. 9165. LENORA REID, PLAINTIFF AND RESPONDENT, v. TILLIE PETERSON, DEFENDANT AND APPELLANT.

Decided January 18, 1952.

239 Pac. (2d) 534.

*J. B. C. Knight*, Anaconda, for Appellant.

*Horace J. Dwyer*, Anaconda, for Respondent.

Per Curiam.

On application of J. B. C. Knight, Esq., counsel for the appellant Tillie Peterson, and pursuant to written stipulation entered into by him and by H. J. Dwyer, Esq., counsel for the respondent Lenora Reid, both filed in the office of the clerk of this court on January 17, 1952, this appeal is ordered dismissed with prejudice for the reason that the action has been fully settled upon its merits.